IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| *Noel v. AC&S Inc., et al.,* <br> E.D. PA Case No. 10-CV-69046 | **FILED** <br> OCT 1 0 2012 <br> MICHAEL E. KUNZ <br> By_____De___ |

## ORDER

This matter coming to be heard on the plaintiff's Motion to Dismiss Action Pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED** that all defendants in this action are dismissed without prejudice and without costs.

Date: 10/9/12

_____
Honorable Eduardo C. Robreno